B1 (Official Form 1)(04/13)                                                                                                                   1/22/15 12:29PM

# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Fourth Quarter Properties 86, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Little Jennie Ranch** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **76-0800768** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **45 Ansley Drive, Newnan, GA** ZIP Code **30263** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Coweta** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **T38NR112W, T38NR113W with misc. sections, Sublette County, Pinedale, WY 82941** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fourth Quarter Properties 86, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fourth Quarter Properties 86, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** **/s/ Ward Stone, Jr.**<br>Signature of Attorney for Debtor(s)<br><br>**Ward Stone, Jr. 684630**<br>Printed Name of Attorney for Debtor(s)<br><br>**Stone & Baxter, LLP**<br>Firm Name<br><br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201**<br>Address<br><br>**478-750-9898  Fax: 478-750-9899**<br>Telephone Number<br><br>**January 22, 2015**<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Stanley E. Thomas**<br>Signature of Authorized Individual<br><br>**Stanley E. Thomas**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**January 22, 2015**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

## COMPANY RESOLUTION

I, Stanley E. Thomas, hereby certify that I am the Manager of Fourth Quarter Properties 86, LLC (hereinafter called "the Company"); that the following is a true copy of the Resolutions duly adopted by the Members of the Company on February 13th, 2014, and that such Resolutions have not been rescinded or modified, and are now of full force and effect:

> That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia; and

> That Stanley E. Thomas on behalf of the Company, to take such action and to execute such instruments and documents as, in its sole and explicit discretion may be necessary or desirable in connection with the Chapter 11 case.

I further certify that there is no provision in the Articles of Organization or the Operating Agreement of this Company limiting the power of the Members to pass the forgoing Resolutions and that the same are in conformity with the provisions of the Articles of Organization and Operating Agreement.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of this Company, this 13th day of February, 2014.

FOURTH QUARTER PROPERTIES 86, LLC

By: _____
Stanley E. Thomas, Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fourth Quarter Properties 86, LLC**                              Case No.
                              Debtor(s)                                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ace Agribusiness**<br>**P.O. Box 14490**<br>**Des Moines, IA 50306** | **Ace Agribusiness**<br>**P.O. Box 14490**<br>**Des Moines, IA 50306** | **Trade Debt** | | **8,090.52** |
| **All American Fuel Company, Inc.**<br>**P.O. Box 1849**<br>**Pinedale, WY 82941** | **All American Fuel Company, Inc.**<br>**P.O. Box 1849**<br>**Pinedale, WY 82941** | **Trade Debt** | | **5,501.01** |
| **Centresuite**<br>**P.O. Box 2181**<br>**Columbus, GA 31902-2181** | **Centresuite**<br>**P.O. Box 2181**<br>**Columbus, GA 31902-2181** | **Trade Debt** | | **183.64** |
| **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | **Trade Debt** | | **82.37** |
| **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | **Trade Debt** | | **41.96** |
| **Cushing, Morris, Armbruster & Montgomery**<br>**191 Peachtree Street, NE, Suite 4500**<br>**Atlanta, GA 30303-1740** | **Cushing, Morris, Armbruster & Montgomery**<br>**191 Peachtree Street, NE, Suite 4500**<br>**Atlanta, GA 30303-1740** | **Attorney's Fees** | | **1,151.00** |
| **Fourth Quarter Properties 100, LLC**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | **Fourth Quarter Properties 100, LLC**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | **Loan** | | **39,217.00** |
| **John D. Phillips**<br>**945 E. Paces Ferry Road, Suite 2210**<br>**Atlanta, GA 30326** | **John D. Phillips**<br>**945 E. Paces Ferry Road, Suite 2210**<br>**Atlanta, GA 30326** | **Loan** | | **33,000,000.00**<br><br>**(Unknown secured)** |
| **King & King, LLC**<br>**P.O. Box 40**<br>**610 W. Broadway, Suite 201**<br>**Jackson, WY 83001** | **King & King, LLC**<br>**P.O. Box 40**<br>**610 W. Broadway, Suite 201**<br>**Jackson, WY 83001** | **Attorney's Fees** | | **3,235.20** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fourth Quarter Properties 86, LLC**  
                   Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| L. Jeness Saxton, Tax Commissioner<br>Sublette County Tax Assessor's Office<br>PO Box 2057<br>Pinedale, WY 82941 | L. Jeness Saxton, Tax Commissioner<br>Sublette County Tax Assessor's Office<br>PO Box 2057<br>Pinedale, WY 82941 | Property Taxes | | 8,216.68 |
| Lower Valley Energy<br>P.O. Box 160<br>Afton, WY 83110-0160 | Lower Valley Energy<br>P.O. Box 160<br>Afton, WY 83110-0160 | Trade Debt | | 540.16 |
| Nationwide Agribusiness<br>P.O. Box 10479<br>Des Moines, IA 50306 | Nationwide Agribusiness<br>P.O. Box 10479<br>Des Moines, IA 50306 | Trade Debt | | 1,672.75 |
| Suburban Propane<br>PO Box 12068<br>Fresno, CA 93776 | Suburban Propane<br>PO Box 12068<br>Fresno, CA 93776 | Trade Debt | | 1,109.05 |
| Wyoming Department of Agriculture<br>Attn: Technical Services<br>6607 Campstool Road<br>Cheyenne, WY 82002 | Wyoming Department of Agriculture<br>Attn: Technical Services<br>6607 Campstool Road<br>Cheyenne, WY 82002 | Trade Debt | | 25.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 22, 2015**          Signature  **/s/ Stanley E. Thomas**  
                                                                                           **Stanley E. Thomas**  
                                                                                         **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Georgia

In re    **Fourth Quarter Properties 86, LLC** ,    Case No. _____

                          Debtor

                                         Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J. Bruce Williams, Jr.**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | | **5%** | **Membership** |
| **Little Suwanee Holdings, LLC**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | | **95%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 22, 2015**                   Signature   **/s/ Stanley E. Thomas**
                                                                                **Stanley E. Thomas**
                                                                                **Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fourth Quarter Properties 86, LLC**                                 Case No.
                             Debtor(s)                                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 22, 2015**                       **/s/ Stanley E. Thomas**
                                                   **Stanley E. Thomas**/**Manager**
                                                   Signer/Title

```
Ace Agribusiness
P.O. Box 14490
Des Moines, IA 50306



All American Fuel Company, Inc.
P.O. Box 1849
Pinedale, WY 82941



Centresuite
P.O. Box 2181
Columbus, GA 31902-2181



Century Link
P.O. Box 29040
Phoenix, AZ 85038



Cushing, Morris, Armbruster & Montgomery
191 Peachtree Street, NE, Suite 4500
Atlanta, GA 30303-1740



Fourth Quarter Properties 100, LLC
45 Ansley Drive
Newnan, GA 30263



Hess D'Amours & Krieger, LLC
P.O. Box 449
Jackson, WY 83001



J. Bruce Williams, Jr.
45 Ansley Drive
Newnan, GA 30263



John D. Phillips
945 E. Paces Ferry Road, Suite 2210
Atlanta, GA 30326
```

Case 15-10135    Doc 1    Filed 01/22/15    Entered 01/22/15 12:33:58    Desc Main
Document    Page 9 of 12

King & King, LLC
P.O. Box 40
610 W. Broadway, Suite 201
Jackson, WY 83001


L. Jeness Saxton, Tax Commissioner
Sublette County Tax Assessor's Office
PO Box 2057
Pinedale, WY 82941


Little Suwanee Holdings, LLC
45 Ansley Drive
Newnan, GA 30263


Lower Valley Energy
P.O. Box 160
Afton, WY 83110-0160


Metropolitan Life Insurance Co.
c/o Metlife Agricultural Investments
10801 Mastin Blvd., Suite 930
Overland Park, KS 66210


Michael E. Sheehy
MetLife
10801 Mastin Blvd., Suite 930
Overland Park, KS 66210


MLIC Asset Holdings, LLC
c/o The Corporation Trust Company
Corp. Trust Center, 1209 Orange St.
Wilmington, DE 19801


MLIC CB Holdings, LLC
c/o The Corporation Trust Company
Corp. Trust Center, 1209 Orange St.
Wilmington, DE 19801

```
Nationwide Agribusiness
P.O. Box 10479
Des Moines, IA 50306


Stanley E. Thomas
45 Ansley Drive
Newnan, GA 30263


Suburban Propane
PO Box 12068
Fresno, CA 93776


Three Trees Ranch, Inc.
45 Ansley Drive
Newnan, GA 30263


Treasurer, Sublette County Wyoming
P.O. Box 296
Pinedale, WY 82941


Wyoming Department of Agriculture
Attn: Technical Services
6607 Campstool Road
Cheyenne, WY 82002
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fourth Quarter Properties 86, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fourth Quarter Properties 86, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Little Suwanee Holdings, LLC**  
**45 Ansley Drive**  
**Newnan, GA 30263**

☐ None [*Check if applicable*]

**January 22, 2015**  
Date

**/s/ Ward Stone, Jr.**  
**Ward Stone, Jr. 684630**  
Signature of Attorney or Litigant  
Counsel for **Fourth Quarter Properties 86, LLC**  
**Stone & Baxter, LLP**  
**577 Mulberry Street**  
**Suite 800**  
**Macon, GA 31201**  
**478-750-9898 Fax:478-750-9899**